IN RE ASSESSMENT OF DUNN

No. 189P85.

Case below: 73 N.C. App. 243.

Petition by Bill R. Dunn for discretionary review under G.S. 7A-31 denied 4 June 1985.

IN RE COLONIAL PIPELINE CO.

No. 225PA84.

Case below: 67 N.C. App. 388.

Petition by Pipeline Company for discretionary review under G.S. 7A-31 allowed 7 May 1985.

IN RE EXHUMATION OF DeBRUHL

No. 144P85.

Case below: 72 N.C. App. 536.

Petition by Thurman Ray DeBruhl, Jr., for discretionary review under G.S. 7A-31 denied 7 May 1985.

IN RE HOMESTEAD EXEMPTION OF ROGERS

No. 230P85.

Case below: 74 N.C. App. 206.

Petition by Rogers for discretionary review under G.S. 7A-31 denied 4 June 1985. Notice of appeal by Rogers under G.S. 7A-30 dismissed 4 June 1985.

J. M. THOMPSON CO. v. DORAL MANUFACTURING CO.

No. 129P85.

Case below: 72 N.C. App. 419.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.